IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRINA J. BOWEN,<br>    Plaintiff<br><br>v.<br><br>NATIONWIDE MUTUAL<br>INSURANCE COMPANY and<br>BENEFITS ADMINISTRATIVE<br>COMMITTEE, PLAN<br>ADMINISTRATOR OF<br>NATIONWIDE-SPONSORED<br>HEALTH AND WELFARE<br>EMPLOYEE BENEFITS PLAN,<br>    Defendants | No. 1:19-cv-00017<br><br>(Judge Kane) |

## ORDER

**AND NOW**, on this 16th day of September 2019, upon consideration of Defendants Nationwide Mutual Insurance Company ("Nationwide") and Benefits Administrative Committee, Plan Administrator of Nationwide-Sponsored Health and Welfare Employee Benefits Plan ("BAC")'s Motion to Dismiss Count II of Plaintiff Trina J. Bowen ("Plaintiff")'s Amended Complaint (Doc. No. 9), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss Count II of Plaintiff's Amended Complaint (Doc. No. 9) is **DENIED**; and

2. The Court will schedule a case management conference in this matter after Defendants answer the Amended Complaint.

                                                    s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania